

Schweizerische Eidgenossenschaft
Confédération suisse
Confederazione Svizzera
Confederaziun svizra

Swiss Confederation

Federal Department of Justice and Police FDJP
**Federal Office of Justice FOJ**
Swiss Central Authority

BOT. FOJ, Bundesrain 20, 3003 Berne, Switzerland

**BY FEDEX**
Office of International Affairs OIA
Department of Justice
Suite 800
1301 New York Ave., N.W.
Washington DC 20005
UNITED STATES

Your reference : 182-19584
Our reference : B 160'989 BOT

Berne, August 26, 2008

**US request for assistance dated July 14th 2008 in re LE Mai (service of documents)**

Dear Sir or Madam

We refer to the above mentioned request, in execution of which we have served the documents enclosed in your July 14th 2008 request to HSBC Private Bank (Suisse) SA and to IDB (Swiss) Bank Ltd (which has merged with effect June, 23rd 2008 with Arzi Bank AG). The documents have also be served to the Swiss attorneys representing the interests in Switzerland of Anh Ngoc Nguyen - Me Rodolphe Gautier - and of Ronen Yechiel Yelinek, Me Bernhard Korolnik.

Kindly find enclosed copies of the letter of service sent to the banks and to the attorneys as well as the original proof of service through registered mail, as provided by art. 22 of the Treaty.

**We like to draw your attention to the fact that any information contained in these documents shall only be used as provided for by art. 5 of the Treaty.**

Yours faithfully

Nicolas Bottinelli

Enclosures

Nicolas Bottinelli
Bundesrain 20, 3003 Berne, Switzerland
Telephone : +41 31 323 57 04, Telefax : +41 31 322 53 80
irh@bj.admin.ch
http://www.bj.admin.ch

Schweizerische Eidgenossenschaft
Confédération suisse
Confederazione Svizzera
Confederaziun svizra

Département fédéral de justice et police DFJP
**Office fédéral de la justice OFJ**
Office central USA

BOT, OFJ, Bundesrain 20, 3003 Berne, Suisse

**Recommandé + AR**
HSBC Private Bank (Suisse) SA
2, quai Général Guisan
Case postale 3580
1211 Genève 3

Votre référence : -
Notre référence : B 148'759 BOT

Berne, le 18 août 2008

**Commission rogatoire du 14 juillet 2008 délivrée par l'Office of International Affairs OIA dans l'affaire LE Mai**

**Votre client : compte n°43555 Anh Ngoc Nguyen**

Madame, Monsieur,

Les autorités américaines ont décidé d'initier une procédure de confiscation à l'encontre des biens déposés sur la relation n°43555 ouvert auprès de votre établissement par Anh Ngoc Nguyen.

Par la présente, nous vous <u>notifions</u> les documents suivants (munis d'une traduction en français) relatifs à la procédure américaine :

- *Notice of filing complaint for forfeiture in civil action1:08-CV-1899 (27. June 2008);*
- *(Verified) complaint for forfeiture in civil action 1:08-CV-1899 (30. May 2008);*
- *Warrant of arrest in rem in civil action 1:08-CV-1899 (9. June 2008).*

Nous restons volontiers à votre disposition pour tout renseignement complémentaire.

Nous vous prions d'agréer, Madame, Monsieur, l'assurance de notre considération distinguée.

sig. Bottinelli

Nicolas Bottinelli

Annexes: ment.

Ausgang
2 0. Aug. 2008

Nicolas Bottinelli
Bundesrain 20, 3003 Berne, Suisse
Téléphone : +41 31 323 57 04, Téléfax : +41 31 322 53 80
irh@bj.admin.ch
http://www.bj.admin.ch

**Eingeschriebene Sendung / Envoi recommandé / Invio raccomandato**
- [ ] Poste aux lettres / Posta-lettere
- [ ] Prioritaire
- [ ] Economique
- [ ] Colis / Pacco

**Sendung mit Wertangabe / Envoi avec valeur déclarée / Invio con valore dichiarato**
- [ ] Brief / Lettre / Lettera
- [ ] Paket / Colis / Pacco
- [ ] Wertangabe / Valeur déclarée / Valore dichiarato

- [ ] Postanweisung / Mandat de poste / Vaglia postale
- [ ] Einzahlungsschein / Bulletin de versement / Polizza di versamento
- [ ] Zahlungsanweisung / Mandat de paiement / Mandato di pagamento
- [ ] Postüberweisung / Virement postal / Girata postale

Betrag / Montant / Importo: _____

Name oder Firma des Empfängers oder Postkonto-Bezeichnung / Nom ou raison sociale du destinataire ou désignation du compte postal / Nome o ditta del destinatario o designazione del conto postale: **HSBC Privat Bank (Suis) SA**

Strasse und Nr. / Rue et n° / Via e n.: **CP 3580**

Ort und Land / Localité et pays / Località e Stato: **1211 Genève 3**

Dieser Schein ist vom Empfänger oder dessen Bevollmächtigten, oder, je nach den Vorschriften des Bestimmungslandes, von der Bestimmungspoststelle zu unterzeichnen und mit erster Gelegenheit unmittelbar an den Absender zurückzuleiten.
Cet avis doit être signé par le destinataire ou par une personne autorisée en vertu des règlements du pays de destination ou, si ces règlements le prescrivent, par l'agent du bureau de destination, puis renvoyé par le premier courrier directement à l'expéditeur.
Quest'avviso dev'essere firmato dal destinatario o dal suo mandatario oppure dall'agente dell'ufficio destinatario, secondo i regolamenti del paese di destinazione, poi rimandato col primo corriere direttamente al mittente.

Die (Der) oben bezeichnete Sendung (Betrag) wurde richtig / L'envoi / le montant mentionné ci-dessus a été dûment / L'invio / L'importo suddetto è stato debitamente:
- [ ] ausgeliefert / livré / recapitato
- [ ] ausbezahlt / payé / pagato
- [ ] dem Postkonto gutgeschrieben / crédité au compte postal / accreditato sul conto postale

Datum der Zustellung / Date de la distribution / Data della distribuzione: **21/08/08**

Unterschrift des Empfängers / Signature du destinataire / Firma del destinatario: [signature]

Stempel und Unterschrift der Empfangsstelle / Timbre et signature du bureau destinataire / Bollo e firma dell'ufficio destinatario: [stamp — GENÈVE 21-8-08]

**PostMail** — **SWISS POST**

**AR** — Rückschein / Avviso di ricevimento

A

3000 Bern 1 BZ GKS   R-Inl
98.34.136821.10123836

Durch die Annahmestelle auszufüllen
À remplir par le bureau d'origine
Da allestire dall'ufficio d'impostazione

Annahmestelle
Bureau de dépôt
Ufficio d'impostazione

Bern

Nr. / N°

Aufgabedatum / Date de dépôt / Data d'impostazione: 20.08.08

Der Rückschein ist offen und taxfrei als Sendung «prioritaire» direkt an den Absender zurückzusenden.

A renvoyer directement à l'expéditeur comme envoi prioritaire, à découvert et en franchise de port.

Rimandare l'avviso al mittente come invio «prioritaire» aperto e esente da tassa.

428.01 (100 342) 05.2004 600 000 PM

Zurücksenden an (vom Absender auszufüllen)
Renvoyer à (à remplir par l'expéditeur)
Rimandare a (da riempire dal mittente)

B 148759 BCT

Name oder Firma / Nom ou raison sociale / Nome o ditta:
OFFICE FEDERAL DE LA JUSTICE

Strasse und Nr. / Rue et n° / Via e n.:
Unité Entraide judiciaire
Office central USA

Ort / Localité / Località:
Bundesrain 20
3003 Berne

Land / Pays / Stato